

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00074-CV

**IN THE INTEREST OF H.D.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM504610
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed:  May 30, 2018

DISMISSED

In this SAPCR suit, Appellant Billy J. Smith e-filed a pro se motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).  Appellant states he wishes to withdraw his appeal.  The motion does not indicate it was served on the State, but it has been more than ten days since Billy's pro se motion was filed, and the State has not filed a response.

We grant Appellant's motion and dismiss this appeal.  *See id.*

PER CURIAM